UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EULALIA DIAZ,

                            Plaintiff,

-against-

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

                            Defendant.
-------------------------------------------------------------X

JUDGMENT
04-CV-4183 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 1 9 2005 ★
BROOKLYN OFFICE

An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on August 18, 2005, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for issuance of a favorable decision; it is

ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for issuance of a favorable decision.

Dated: Brooklyn, New York
         August 19, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court